IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BOOMI, INC.,<br><br>Plaintiff,<br><br>v.<br><br>BRIAN MOZHDEHI and CODEUTILITY, LLC,<br><br>Defendants. | Civil Action No. 2:05-cv-05839-RBS |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, it is hereby stipulated by and between the undersigned counsel for Plaintiff Boomi, Inc. and Defendants Brian Mozhdehi and CodeUtility, LLC that the above-captioned action is dismissed with prejudice. The parties shall bear their own attorneys' fees and costs.

Paul D. Weller
Tamsin J. Newman
MORGAN LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103-2921
(215) 963-5530/5201

Attorneys for Plaintiff

Dated: December 5, 2005

Scott L. Vernick
David H. Colvin
Fox Rothschild LLP
2000 Market Street, Tenth Floor
Philadelphia, PA 19103
(215) 299-2860/2139

Attorneys for Defendants

Dated: December 6, 2005

Approved this ____ day of _____ 2005

_____
U.S.D.C