IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BOOMI, INC.,

　　　　Plaintiff,

v.                                                      Civil Action No. 2:05-cv-05839-RBS

BRIAN MOZHDEHI and
CODEUTILITY, LLC,

　　　　Defendants.

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, it is hereby stipulated by and between the undersigned counsel for Plaintiff Boomi, Inc. and Defendants Brian Mozhdehi and CodeUtility, LLC that the above-captioned action is dismissed with prejudice. The parties shall bear their own attorneys' fees and costs.

| | |
|---|---|
| Paul D. Weller | Scott L. Vernick |
| Tamsin J. Newman | David H. Colvin |
| MORGAN LEWIS & BOCKIUS LLP | Fox Rothschild LLP |
| 1701 Market Street | 2000 Market Street, Tenth Floor |
| Philadelphia, PA  19103-2921 | Philadelphia, PA 19103 |
| (215) 963-5530/5201 | (215) 299-2860/2139 |
| Attorneys for Plaintiff | Attorneys for Defendants |
| Dated: December 5, 2005 | Dated: December 6, 2005 |

Approved this ___ day of _____ 2005

_____
U.S.D.C

12-7-05